# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF KANSAS

U.S.A. vs. Robert Dobbertin                              Docket No. 12-20139

Petition for Action on Conditions of Pretrial Release

COMES NOW Ruth C. Yorke, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Robert Dobbertin, who was placed under pretrial release supervision by the Honorable Judge James P. O'Hara, sitting in the Court at Kansas City, Kansas, on November 28, 2012, under the following conditions:

> Condition #9) The defendant shall avoid all contact, directly or indirectly, with any persons who are or who may become a victim or witness, including by not limited to no contact with any minor children.

> Condition #2) The defendant shall maintain and submit to the U.S. Probation or Pretrial Services Officer a complete and current inventory of his/her computer equipment. He shall submit a monthly record of computer use and bills pertaining to computer access to the U.S. Probation of Pretrial Services Officer. The defendant will not use any software program or device designed to hide, alter or delete records/logs of his computer use, Internet activities or the files stored on the assigned computer. This includes the use of encryption, steganography, and cache/cookie removal software. The defendant shall consent, at the direction of the United States Probation Officer, to having installed on his computer any hardware or software systems to monitor his computer use, which may record activity on the computer, including the capture of keystrokes, application information, Internet use history, email correspondence and chat conversations. Monitoring will occur on a random and/or regular basis for the purpose of alerting the pretrial officer of activity that indicates the defendant is engaging in impermissible communication and/or viewing or obtaining sexually explicit material. The defendant further understands that a notice may be placed on the computer at the time of installation to warn others of the existence of the monitoring software placed on the computer.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On January 29, 2013, at 1:40 a.m., the defendant called this officer to advise he may have done something to get him in trouble. He subsequently admitted to using his PlayStation 3 game console to access the internet, and chatted with a minor that evening. While chatting with this minor, he received an anonymous phone call telling him the police were coming to his house, as this individual was online to monitor "people like him" from chatting with children. When asked how this individual received his phone number, the defendant advised it is posted with his online profile. This officer inquired if the conversation with the minor was

inappropriate, which would lead this individual to call him, and he advised it was not. He was instructed to contact this officer in the morning, as well as the officer assigned to his case in Wisconsin, where he is under courtesy supervision for our District.

U.S. Probation Officer Yorke spoke with U.S. Probation Officer Patty Buchholz, the officer supervising his case in Wisconsin. She indicated the defendant admitted to chatting with a person whom stated she was 10 years-old, and was asking the defendant to be her "boyfriend". The defendant reported subsequently providing this person his phone number, and was then called by male whom yelled at him for "being sick" and told him he "needed treatment", which differs from the events he reported to this officer. He further admitted to USPO Buchholz that he lied to her about having an internet capable gaming system, and admitted to using it daily. He was previously informed by USPO Yorke, that he would not be allowed to use the PlayStation 3 while on bond due to our office's inability to monitor his internet use on this device. Mr. Dobbertin has been directed to relinquish the device to the U.S. Probation Office.

The defendant presently poses a risk to the community by admitting to minor contact via the internet, and unauthorized internet use via the PlayStation 3. Additionally, the defendant reported suicidal ideation to USPO Buchholz, which poses a risk of non-appearance.

PRAYING THAT THE COURT WILL ORDER the issuance of a Warrant for the arrest of and he be brought before the Court to show cause why his bond should not be revoked.

Approved:

_____
Melissa Goldsmith
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: __January 29, 2013__

_____
Ruth C. Yorke
U.S. Probation Officer

Place: Kansas City, Kansas

**ORDER OF COURT**

[ ]  No Action
[x]  The Issuance of a Warrant. Petition and warrant sealed and not to be distributed to counsel of record. Unsealed upon arrest.
[ ]  The Issuance of a Summons
[ ]  Other

Considered and ordered this __29th__ day of __January__, 20 __13__ and ordered filed and made a part of the records in the above case. **Issuance of a Warrant, Petition and Warrant sealed and not to be distributed to counsel of record. Unsealed upon arrest.**

*James P. O'Hara*

Digitally signed by James P. O'Hara
DN: cn=James P. O'Hara, o=U.S. District Court, ou=U.S. Magistrate Judge, email=ksd_ohara_chambers@ksd.uscourts.gov, c=US
Date: 2013.01.29 14:57:30 -06'00'

Honorable James P. O'Hara
U.S. Magistrate Judge

Address of Defendant:

North 168 W. 21700 Main Street, #258

Jackson, Wisconsin   63037