# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF WISCONSIN
### OFFICE OF THE CLERK

362 U.S. COURTHOUSE
517 E. WISCONSIN AVE
MILWAUKEE, WI 53202

JON W. SANFILIPPO
CLERK

TEL: 414-297-3372
FAX: 414-297-3253
*www.wied.uscourts.gov*

February 11, 2013

Clerk, United States District Court
District of Kansas
500 State Ave.
Kansas City, KS 66101

    RE: US v. Robert Dobbertin
    Our Case Number: 13-M-441
    Your Case Number: 12-CR-20139

Dear Clerk,

    Enclosed please find the record of proceedings held before Magistrate Judge William E. Callahan, Jr on January 31, 2013 for the above-referenced case. Please acknowledge receipt on the enclosed copy of this letter.

    Very truly yours,

    JON W. SANFILIPPO
    Clerk of Court

    s/ K. Hubacz
    Deputy Clerk

Enclosures